EC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

CHRISTOPHER SHAWN TIPTON,        *      Civil Nos. CCB-03-153
KERRY CHRISTOPHER CANAVAN,                   CCB-03-154
BRIAN BRINSFIELD                            CCB-03-192

                                      *

FEDERAL BUREAU OF PRISONS,
Et al.

                                      *

*    *    *    *      *      *      *    *      *

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiffs voluntarily dismiss

these actions, as all plaintiffs have completed their sentences in community confinement, thus

making their individual cases moot. Mr. Brinsfield's counsel, Booth Ripke, Esquire, has

authorized counsel to include his client in this notice.

Dated: 11/6/03

JAMES WYDA
Federal Public Defender, # 025298
Counsel for Messrs. Tipton and Canavan

Office of the Federal Public Defender
100 S. Charles Street, Tower II, Suite 100
Baltimore, Maryland 21201
Phone: (410) 962-3962
Facsimile: (410) 962-0872

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was hand-delivered to Jamie Bennett, Esquire, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, MD 21201 and was mailed, first-class, to Booth Ripke, Esquire, Bennett & Nathans, LLP, 210 E. Lexington Street, Suite 200, Baltimore, MD 21202, this _____ day of November, 2003.

_____
JAMES WYDA
Counsel for Messrs. Tipton and Canavan.